# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ALEXIS BURT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 7:18-CV-01799-LSC |
| ) | |
| JAMES WILLIAM ) | |
| MCFARLAND, JR., and JUDSON ) | |
| COLLEGE, ) | |
| ) | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(A)(1)(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff Alexis Burt and Defendant Judson College ("Judson"), by and through their undersigned counsel, hereby stipulate in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice as to all claims against Judson, each party to bear its own costs.

SO STIPULATED, this the 15th day of January, 2019.

Respectfully submitted,

s/ *Charles A. Powell IV*
Charles A. Powell IV
**LITTLER MENDELSON, P.C.**
420 20th Street North, Ste. 2300
Birmingham, AL  35203
Attorney for Defendant Judson

s/ *Ashley R. Rhea*
Ashley R. Rhea
**RHEA LAW LLC**
104 23rd Street South, Ste. 100
Birmingham, AL 35233
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Flint Liddon
Liddon Law Firm
1330 21st Way South
Suite G-10
Birmingham, AL 35205

                                                               s/ _[signature]_
                                                               OF COUNSEL