Case 7:18-cv-01799-LSC   Document 19   Filed 01/16/19   Page 1 of 2
FILED
2019 Jan-16  PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ALEXIS BURT, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | 7:18-cv-01799-LSC |
| ) | |
| JAMES WILLIAM MCFARLAND, ) | |
| JR., *et. al,* ) | |
| ) | |
|    Defendants. ) | |

## ORDER

The Court acknowledges receipt of Plaintiff's Joint Stipulation of Dismissal as to Defendant Judson College ("Judson College") (doc. 18) filed on January 15, 2019. Accordingly, Judson College is DISMISSED from this action WITH PREJUDICE. Plaintiff's state law claims against Defendant James William McFarland, Jr. ("McFarland") remain pending. However, since the dismissal of Plaintiff's claims against Judson College removes this Court's original basis for subject matter jurisdiction, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims. *See* 28 U.S.C. § 1367 (c)(3); *Raney v. Allstate Ins. Co.*, 370 F.3d 1086, 1089 (11th Cir.2004) ("We have encouraged district courts to dismiss any remaining state claims when, as here, the federal claims have been dismissed prior to trial."). Therefore, Plaintiff's claims against

McFarland are DISSMISSED WITHOUT PREJUDICE with leave to re-file her claims against McFarland in state court.  Costs are taxed as paid.

    **DONE** and **ORDERED** on January 16, 2019.

_____<br>
L. Scott Coogler<br>
United States District Judge

195126